# IN THE SUPREME COURT OF PENNSYLVANIA

in the Matter of                 :   No. 2726 Disciplinary Docket No. 3

                                   :

ANGELO M. PERRUCCI, JR.      :   Board File No. C2-20-267

                                     :

                                     :   (United States District Court for the

                                     :   Eastern District of Pennsylvania, No. 5:19-

                                     :   cr-581)

                                     :

                                     :   Attorney Registration No. 56546

                                     :

                                     :   (Northampton County)

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of July, 2020, having received no response to a rule to show cause why Angelo M. Perrucci, Jr., should not be placed on temporary suspension, the Rule is made absolute, and he is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.